IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VESTER LEE PATTERSON,

     Plaintiff,                    No. CIV S-06-2751 MCE EFB P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.          <u>ORDER</u>

                                /

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application is incomplete, however, as it is missing the first page and the certificate by the institution of incarceration. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit a complete application. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Plaintiff's December 6, 2006 application to proceed in forma pauperis is dismissed without prejudice;

/////

1

1     2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
2 Forma Pauperis By a Prisoner; and
3     3.  Plaintiff shall submit, within thirty days from the date of this order, a completed
4 application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result
5 in a recommendation that this action be dismissed without prejudice.
6 DATED:  December 19, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2