IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VESTER LEE PATTERSON,

     Plaintiff,                      No. CIV S-06-2751 MCE EFB P

     vs.

ARNOLD SCHARZENEGGER, et al.,

     Defendants.                FINDINGS AND RECOMMENDATIONS

                               /

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 20, 2006, the court denied plaintiff's original application to proceed *in forma pauperis*, gave plaintiff 30 days to file a completed application, and warned him that failure to do so would result in a recommendation that this action be dismissed.

     The 30-day period has expired and plaintiff has not filed the required affidavit or otherwise responded to that order.

     It therefore is RECOMMENDED that this action be dismissed without prejudice.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:   February 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE