1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  VESTER LEE PATTERSON,                    No. 2:06-cv-2751-MCE-EFB-P

12          Plaintiff,

13      v.                                   ORDER

14  ARNOLD SCHWARZENEGGER, et al.,

15          Defendants.

16  _____/

17      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20      On February 21, 2007, the magistrate judge filed findings and recommendations herein

21  which were served on plaintiff and which contained notice to plaintiff that any objections to the

22  findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

23  objections to the findings and recommendations.

24      The court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26  ORDERED that:

1

1    1. The findings and recommendations filed February 21, 2007, are adopted in full; and

2    2. This action is dismissed without prejudice.

3    Dated:  April 12, 2007

4

5                                                      MORRISON C. ENGLAND, JR.
                                                       UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2